14 So.2d 915

**Gertrude SYKES, alias Hicks, v. STATE.**

8 Div. 356.

Court of Appeals of Alabama.

June 1, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Affirmed.

---

13 So.2d 901

**M. F. (alias Slats) TATE v. STATE.**

5 Div. 179.

Court of Appeals of Alabama.

April 6, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

---

14 So.2d 916

**James Edward TATUM v. STATE.**

8 Div. 357.

Court of Appeals of Alabama.

June 15, 1943.

W. H. Long, of Decatur, for appellant.
Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

---

18 So.2d 120

**Hiram TAUNTON v. STATE.**

5 Div. 206.

Court of Appeals of Alabama.

April 18, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

---

18 So.2d 120

**Fred TAYLOR v. STATE.**

4 Div. 832.

Court of Appeals of Alabama.

April 4, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

---

18 So.2d 121

**Ganum TAYLOR v. STATE.**

8 Div. 385.

Court of Appeals of Alabama.

Feb. 8, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Affirmed.